**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  V.  **WILLIAM V. GASSER,**  Defendant. | **CRIMINAL NO. 5:05-112-KKC**  **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a Report & Recommendation in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 57). No party has filed objections to the recommendation and the defendant has waived his right to appear before the district judge and to make a statement and present mitigating information (DE 60).

Accordingly, the Court hereby ORDERS as follows:

1) Defendant William V. Gasser's motion to waive allocution hearing (DE 60) is GRANTED;

2) the allocution hearing set for February 9, 2023 is CANCELED;

3) the Report & Recommendation (DE 57) is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation; and

4) the Court has modified the terms of Gasser's supervision multiple times. Accordingly, among the magistrate judge's recommendations was a recommendation that the new judgment contain an updated list of all of the specifical conditions of Gasser's supervision. For this reason, the judgment will list all of the special conditions of supervision set forth in the recommendation.

This 6th day of February, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY